IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM PINDAK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06 C 5679 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| CITY OF CHICAGO, a municipal corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## OFFER OF JUDGMENT

The Defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, pursuant to Federal Rule of Civil Procedure 68, hereby offers to allow judgment to be taken against it in the above-captioned matter for all claims raised in Plaintiff's Complaint, in the amount of Three Hundred One Dollars ($301.00), plus Plaintiff's reasonable attorney's fees and costs accrued to date in an amount to be determined by the Court.

Dated: January 4, 2007

MARA S. GEORGES,
Corporation Counsel for the City of Chicago

By: *Rachel D. Powell*

Michael J. Dolesh
William Macy Aguiar
Rachel D. Powell
City of Chicago, Department of Law
30 North LaSalle Street, Suite 1230
Chicago, Illinois 60602

Attorneys for the City of Chicago

## CERTIFICATE OF SERVICE

I, Rachel D. Powell, an attorney, hereby certify that on the 4th day of January 2007, I caused a copy of the Defendant City of Chicago's **Offer of Judgment** to be served via e-mail and U.S. Mail proper postage prepaid on:

>Mark G. Weinberg
>3612 North Tripp Avenue
>Chicago, IL 60641
>mweinberg@sbcglobal.net

*/s/ Rachel D. Powell*

To: Pistrelle Powell
From: Mark Weinberg

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KIM PINDAK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 06 C 5679 |
| v. | ) |
| | ) Judge Rebecca R. Pallmeyer |
| | ) |
| CITY OF CHICAGO, a Municipal corporation, | ) Magistrate Judge Jeffrey Cole |
| | ) |
| Defendant | ) |
| | ) |

NOTICE OF ACCEPTANCE OF
OFFER OF JUDGMENT UNDER FED.R.CIV.P. 68

PLEASE TAKE NOTICE that Plaintiff KIM PINDAK accepts defendant City of Chicago's January 4, 2007 Offer of Judgment, a copy of which is attached hereto.

Dated: January 18, 2007

Respectfully submitted,

By: /s/ Mark Weinberg
Mark Weinberg
Attorney for Plaintiff

Mark G. Weinberg
3612 N. Tripp Ave.
Chicago, IL 60641
(773) 283-3913

## CERTIFICATE OF SERVICE

Mark Weinberg certifies that he caused **NOTICE OF ACCEPTANCE OF OFFER OF JUDGEMENT UNDER FED.R.CIV.P. 68** to be served on all counsel of record, by hand, on January 18, 2007.

By _/s/ Mark Weinberg_

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIM PINDAK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06 C 5679 |
| | ) | |
| v. | ) | Judge Rebecca R. Pallmeyer |
| | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| CITY OF CHICAGO, a municipal corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## OFFER OF JUDGMENT

The Defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel for the City of Chicago, pursuant to Federal Rule of Civil Procedure 68, hereby offers to allow judgment to be taken against it in the above-captioned matter for all claims raised in Plaintiff's Complaint, in the amount of Three Hundred One Dollars ($301.00), plus Plaintiff's reasonable attorney's fees and costs accrued to date in an amount to be determined by the Court.

Dated: January 4, 2007

                              MARA S. GEORGES,
                              Corporation Counsel for the City of Chicago

                              By: *Rachel D. Powell*
                              Michael J. Dolesh
                              William Macy Aguiar
                              Rachel D. Powell
                              City of Chicago, Department of Law
                              30 North LaSalle Street, Suite 1230
                              Chicago, Illinois 60602

                              Attorneys for the City of Chicago

## CERTIFICATE OF SERVICE

I, Rachel D. Powell, an attorney, hereby certify that on this, the 18th day of January 2007, I caused a copy of the foregoing **Notice of Filing,** the Defendant City of Chicago's **Offer of Judgment,** and Plaintiff Kim Pindak's **Notice of Acceptance of Offer of Judgment Under Fed. R. Civ. P. 68** to be served via electronic filing on:

>Mark G. Weinberg
>3612 North Tripp Avenue
>Chicago, IL 60641

>/s/ Rachel D. Powell