

**City of Chicago**
Richard M. Daley, Mayor

**Department of Law**

Mara S. Georges
Corporation Counsel

Constitutional and Commercial
Litigation
Suite 1230
30 North LaSalle Street
Chicago, Illinois 60602-2580
(312) 744-4342
(312) 742-3925 (FAX)

http://www.cityofchicago.org

**VIA E-MAIL and U.S. MAIL**

March 22, 2007

Mark G. Weinberg
3612 N. Tripp Ave.
Chicago, Illinois 60641

Re: <u>Pindak v. City of Chicago</u>, No. 06 C 5679

Dear Mark:

We have reviewed your proposed attorney's fees and enclose our counter-proposals to the number of hours you spent on the tasks for which you seek payment. The number in parentheses indicates the percentage of the hours we are proposing to pay for, and the explanation for the proposed reduction is located in the left-hand margins (for example, if the counter-proposal is 1/4 we are willing to pay for 1/4 of the hours spent on a given task). We will also agree to pay the $350.00 in filing fees. We are willing to discuss these further with you, so please provide us with any additional explanations or counter-proposals. We also still await your response as to whether you will be providing additional information regarding your $300 billing rate. Please contact me if you have any questions.

Sincerely,

*Rachel D. Powell*

Rachel D. Powell
Assistant Corporation Counsel

Encl.

cc: Michael J. Dolesh
William Macy Aguiar





*[Handwritten at top:] City's Counter-Proposal to Attorney's Fees  Date: 3/22/07*
*Pindak v. City of Chicago, No. 06 C 5679*

# Invoice

03/20/07

Mark Weinberg
3612 N. Tripp Ave.
Chicago, Ave. IL 60641

| Pindak | Date | Hours | Cost |
|---|---|---|---|
| New Task<br>Note: 2:00-2:30- Initial phone contact from Kim Pindack re: lawsuit at Millennium Park; claims harrasment. Says he has been repeatedly told he can't panhandle in Park. | 09/15/06 | 00:30:00 | $ 150.00 |
| New Task<br>Note: 12:15-2:40 - Lunch meeting downtown with Kim Pindak re: getting kicked out of Millenium Park; visited Millenium Park and had conversations with panhandlers who have been kicked out of Park and security guards at Park. | 09/20/06 | 02:25:00 | $ 725.00 |
| New Task<br>Note: 12:00 p.m. - 2:30 p.m.- Downtown meeting w/ Kim Pindak and videotaping of plaintiff Pindak in Millenium Park panhandling and getting kicked out of park. | 10/03/06 | 02:30:00 | $ 750.00 |
| New Task<br>Note: 8:45 a.m.-11:00a.m - Digital editing of videotape evidence of park security guards kicking plaintiff out of Park, including transcription of what exactly was told to Pindak by Park supervisor. | 10/04/06 | 02:~~15~~:00 *(1/2)* | $ 675.00 |

*[Handwritten left margin, next to last row:] Tasks not specific to filing complaint and not legal work.*

|  | | Date | Hours | Cost |
|---|---|---|---|---|
| New Task<br>Note: | 2:30p.m.-5:15 p.m. -- Legal research re: rights of panhandlers in public parks, including reading Smith v. Ft. Lauderdale (177 F.3d 954 (11th Circ. 1999) and other cases: 11th Circuit held that a complete ban of panhandling on the Ft. Lauderdale beach, a traditional public forum, was narrowly tailored enough to the interest of creating a nuisance-free environment for tourists and left other alternatives for panhandling throughout the city. | 10/15/06 | 02:45:00 (1/4) | $ 825.00 |
| New Task<br>Note: | 12:00p.m.- 3:20p.m. - 4:50-6:40 p.m. -- Legal research re: parks and public forum doctrine and who contols/operates millenium park; including phone conversation with atty from park District; and law review entitled "BEGGING UNDERGROUND? THE CONSTITUTIONALITY OF REGULATIONS BANNING," Cardozo Law Review January 2006 | 10/16/06 | 05:10:00 (1/4) | $ 1,550.00 |
| New Task<br>Note: | 8:40 a.m. -- 1:00 and 2:20-5:20 -- Drafted Pindak complaint; several phone conversations with Kim. | 10/17/06 | 07:20:00 (1/4) | $ 2,200.00 |
| New Task<br>Note: | 1:00-2:20; 2:20-3:10-- Downtown meeting with plaintiff Kim Pindak-- reviewed complaint; and made final edits to complaint. | 10/18/06 | 02:10:00 | $ 650.00 |

Handwritten annotations:

- (next to 10/15/06 entry): "This is attorney Weinberg's third panhandling lawsuit against the City. Most of this research has presumably been done in connection with the two other lawsuits."
- (next to 10/16/06 entry): "Same as above"
- (next to 10/17/06 entry): "The complaint here mirrors the Hudson v. City complaint and most of the work was already done."

|  | Date | Hours | Cost |
|---|---|---|---|
| New Task<br>Note: 8:10-11:40 a.m. -- Filed Pindak lawsuit; served subpoena on City; delivered copy of complaint to plaintiff Kim Pindak. | 10/19/06 | ~~03:30~~:00 (½) | $ 1,050.00 |
| New Task<br>Note: 9:00 -10:00 a.m. -- Breakfast meeting with Plaintiff re: possible terms of settlement; 3:40-4:20 p.m. -- drafted settlement letter to City's Corp Counsel, Mara Georges. | 10/24/06 | 02:30:00 | $ 750.00 |
| New Task<br>Note: 2:50-4:30- Read city's motion or extension of time to file its answer; and drafted response and notice of city's motion for extension of time to file its answer; and phone conv. with city atty Rachel Powell. | 10/27/06 | 01:~~40~~:00 (½) | $ 500.00 |
| New Task<br>Note: 8:15 a.m.-9:20 a.m.- Court appearance in front of Judge Pallmeyer re: city's motion to extend; 10:55-11:05 a.m. e-mail to Rachel Powell re: proposed stiplation b/ parties. | 11/06/06 | 01:15:00 | $ 375.00 |
| New Task<br>Note: 9:30a.m.-11:10 a.m. -- e-mail correspondence with Rache Powell re: proposed settlement; initial drafting of TRO motion. 12:45-12:55--e-mail correpsondence re: proposed stipulation. | 11/07/06 | 00:~~55~~:00 (½) | $ 275.00 |

Handwritten annotations:

- (next to 10/19/06): "This reasonably should not have taken 3.5 hours, especially because personal service is not required."
- (next to 10/27/06): "Too much time spent responding to a short, routine motion for extension of time to answer by City"
- (next to 11/07/06): "A TRO motion was unnecessary given the City's representation in court on 11/6/06 that panhandling was permitted in Millennium Park and the City agreed to enter into a stipulation regarding the same."

|  | Date | Hours | Cost |
|---|---|---|---|
| New Task<br>Note: 8:30 a.m.-9:40 a.m. -- status hearing in front of Judge Pallmeyer; post-hearing conversation with Mike Dolesh and other city atty. | 12/19/06 | 01:10:00 | $ 350.00 |
| New Task<br>Note: 8:10 a.m. 12:00 p.m.- Legal research re; the issue color of state law and tying the city to the actions of its agents (in response to City's claims that they they are not responsible for actions of its agents); read cases re: "color of state law" test, including Howerton v. Gabica, 708 F. 2d 380. | 12/20/06 | 03:50:00 | $ 1,150.00 |
| New Task<br>Note: 1:50-3:00-meeting with Kim downtown re: others who have been kicked out of Millenium Park; spoke to panhandlers on street. | 12/28/06 | 01:10:00 | $ 350.00 |
| New Task<br>Note: 9:50 a.m.-10:10a.m.- phone conversation with Mike Kanovitz ay Loevy and Loevy about entering the case and amending the complaint and issuing discovery. | 01/03/07 | 00:20:00 | $ 100.00 |
| New Task<br>Note: 7:45 p.m. - 8:00 p.m. -- e-mail correspondence with Mike K. re: city's offer of judgment. | 01/04/07 | ~~00:15:00~~ (0) | $ 75.00 |
| New Task<br>Note: 2:10-2:25--ph. conversation w/Mike K re: response to offer of judgment -- and plaintiff's request for directive from City to guards at Millenium Park. | 01/05/07 | ~~00:15:00~~ (0) | $ 75.00 |

*[Handwritten annotation:]* The City should not have to pay any fees accrued after the offer of judgment was made on 1/4/07, because the offer is for fees accrued as of that date. Moreover, much of this work concerned preparation for an amended complaint to add claims against MB Real Estate for which the City has no responsibility.

|  | Date | Hours | Cost |
|---|---|---|---|
| New Task<br>Note: 1:50-2:20 p.m. -- e-mail correspondence with Rachel Powell re: offer of judgment. | 01/08/07 | 00:30:00 (0) | $ 150.00 |
| New Task<br>Note: 9:45-10:05 a.m -- e-mail correpsondes with Rachel Powell re: 26(1) disclosures and e-mail correspondence w/M. Kanovitz re: same. 2:00-3:00 -- drafted interrogs and rule 26(a)(1) response and initial report pursuant to Pallmeyer; 5:00-:5:10 -- phone conversation w/Rachel Powell re: offer of judgment. 10:00-11:35 -- drafted and filed amended complaint naming MB Rnew defendant. | 01/11/07 | 03:05:00 (0) | $ 925.00 |
| New Task<br>Note: 8:15-8:25 a.m. -- phone conv. w/ plaintiff Kim Pindak re: offer of judgment and amended complaint and setting up appointment for meeting next week. | 01/12/07 | 00:10:00 (0) | $ 50.00 |
| New Task<br>Note: 8:15a.m-9:30 a.m--appearance in front of Judge Pallmeyer re: motion to amend complaint; 2:15 - p.m.-2:40- e-mail corres. w/ M. Kanovotiz re: five questions pertaining to matters of the case, incl. offer of judgment and amended complaint. | 01/16/07 | 01:40:00 (0) | $ 500.00 |

|  | Date | Hours | Cost |
|---|---|---|---|
| New Task<br>Note: 1:00p.m.-2:00p.m.- served MB Real Estate; drafted summons of waiver and notice of waiver of summons; and sent via mail. | 01/24/07 | ~~01:00:00~~ (0) | $ 300.00 |
| New Task<br>Note: 11:30 a.m.-1:00 meeting downtown w/ plaintiff Kim Pindak (at currency exchange) re: settlement check from City. | 02/21/07 | ~~01:30:00~~ (0) | $ 450.00 |
| New Task<br>Note: 8:15-9:45-status hearing in Pindak in front of Judge pallmeyer. | 03/01/07 | ~~01:15:00~~ (0) | $ 375.00 |
| New Task<br>Note: 1:00p.m.-2:00p.m.-went to court to issue summons to new defendant. | 03/06/07 | ~~01:00:00~~ (0) | $ 300.00 |
| New Task<br>Note: 12:00-12;50 -- organized time in Pindak matter and e-mail correspondence with city re: legal hours in Pindak for resolution of attys fees and costs dispute. | 03/20/07 | ~~00:50:00~~ (0) | $ 250.00 |
| **Total** |  | **52:55:00** | **$ 15,875.00** |